# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CHERRITY HONESTY-ALEXIS
MERANELLI,

        Plaintiff,

v.

MINNESOTA DEPARTMENT OF
HUMAN SERVICES, DIRECT CARE
AND TREATMENT, MINNESOTA
SEX OFFENDER PROGRAM, JODI
HARPSTEAD, NANCY A.
JOHNSTON, TONY KLAR, RACHEL
BROADWAY, DESTANY
ANDERSON, JONATHAN
KLINGAMAN, and JANE/JOHN
DOES, *sued in their official and
individual capacities*,

        Defendants.

Case No. 25-cv-2292 (LMP/LIB)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

Plaintiff Cherrity Honesty-Alexis Meranelli brought claims under federal and Minnesota law against Defendants in their official and individual capacities. *See generally* ECF No. 1. Meranelli alleges that Defendants violated her civil rights under 42 U.S.C. § 1983 and the Minnesota Human Rights Act and were negligent under Minnesota common law. *See id.* ¶¶ 46–54. Defendants moved to dismiss Meranelli's claims with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. *See* ECF No. 9; ECF No. 10 at 18–20, 22, 24.

On December 3, 2025, United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") which concludes that Defendants' motion should

be granted in part insofar as the R&R recommends dismissal of Meranelli's claims. *See* ECF No. 17 at 22. However, the R&R recommends denying Defendants' motion in part as it pertains to the type of dismissal—that is, with or without prejudice—and the basis of dismissal for various claims relative to what Defendants had requested in their motion. *See id.* at 8–22.

No party has objected to the R&R, so the Court reviews it for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no error.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. The R&R (ECF No. 17) is **ADOPTED**;

2. Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 9) is **GRANTED IN PART** and **DENIED IN PART** as set forth in the R&R;

3. Meranelli's Section 1983 claims against Defendant Minnesota Sex Offender Program are **DISMISSED WITH PREJUDICE**;

4. Meranelli's Section 1983 claims against Defendant Minnesota Department of Human Services are **DISMISSED WITHOUT PREJUDICE**;

5. Meranelli's Section 1983 claims for monetary and punitive damages against all individual named Defendants in their official capacities are **DISMISSED WITH PREJUDICE**;

6.      Meranelli's Section 1983 claims for monetary and punitive damages against all Defendants in their individual capacities are **DISMISSED WITHOUT PREJUDICE**;

7.      Meranelli's Section 1983 claims for injunctive and declaratory relief against all individual named Defendants in their official or individual capacities are **DISMISSED WITHOUT PREJUDICE**; and

8.      Meranelli's state law claims are **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 12, 2026                    *s/Laura M. Provinzino*
                                            Laura M. Provinzino
                                            United States District Judge

3